## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE MAZER : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO.:  11-6816 |
| LYNNE GOLD-BIKIN, : | |
| CHRISTOPHER BEDALI, : | |
| WEBER, GALLAGHER, SIMPSON, : | |
| STAPLETON, FIRES, NEWBY, LLP, : | |
| INTERSTATE CREDIT & COLLECTION; : | |
| and JOHN DOES 1-10 : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF MERIT PURSUANT TO Pa. R.C.P. 1042.3(a)(1) AS TO DEFENDANT, LYNNE GOLD-BIKIN

I, Matthew B. Weisberg, Esquire, certify that an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject matter of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE MAZER | : |
|                Plaintiff, | :    CIVIL ACTION |
| v. | : |
| | :    NO.: 11-6816 |
| LYNNE GOLD-BIKIN, | : |
| CHRISTOPHER BEDALI, | : |
| WEBER, GALLAGHER, SIMPSON, | : |
| STAPLETON, FIRES, NEWBY, LLP, | : |
| INTERSTATE CREDIT & COLLECTION; | : |
| and JOHN DOES 1-10 | : |
|                Defendants. | : |

### CERTIFICATE OF MERIT PURSUANT TO Pa. R.C.P. 1042.3(a)(1) AS TO DEFENDANT, CHRISTOPHER BEDALI

I, Matthew B. Weisberg, Esquire, certify that an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject matter of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEE MAZER : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO.: 11-6816 |
| LYNNE GOLD-BIKIN, : | |
| CHRISTOPHER BEDALI, : | |
| WEBER, GALLAGHER, SIMPSON, : | |
| STAPLETON, FIRES, NEWBY, LLP, : | |
| INTERSTATE CREDIT & COLLECTION; : | |
| and JOHN DOES 1-10 : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF MERIT PURSUANT TO Pa. R.C.P. 1042.3(a)(1) AS TO DEFENDANT, WEBER, GALLAGHER, SIMPSON, STAPLETON, FIRES, NEWBY, LLP**

I, Matthew B. Weisberg, Esquire, certify that an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject matter of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RENEE MAZER | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.:   11-6816 |
| LYNNE GOLD-BIKIN, | : | |
| CHRISTOPHER BEDALI, | : | |
| WEBER, GALLAGHER, SIMPSON, | : | |
| STAPLETON, FIRES, NEWBY, LLP, | : | |
| INTERSTATE CREDIT & COLLECTION; | : | |
| and JOHN DOES 1-10 | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 15th day of March, 2012, a true and correct copy of the foregoing Certificates of was served via e-filing upon the following parties:

Paul C. Troy, Esq.
Kane Pugh Knoell and Driscoll, L.L.P.
510 Swede Street
Norristown, PA 19401-4886

Richard J. Perr, Esq.
Jennifer T. Root, Esq.
Fineman Krekstein & Harris, P.C.
Mellon Bank Center, Suite 600
1735 Market St.
Philadelphia, PA 19103-7513

                                            **WEISBERG LAW, P.C.**

                                            /s/ Matthew B. Weisberg
                                            Matthew B. Weisberg, Esquire
                                            Attorney for Plaintiffs